1  David D. Lawrence, Esq. [State Bar No. 123039]
   E-Mail: dlawrence@lbaclaw.com
2  Christina M. Sprenger, Esq. [State Bar No. 205105]
   E-Mail: csprenger@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   1600 North Broadway, Suite 1010
4  Santa Ana, California 92706
   Telephone No.:(714)479-0180
5  Facsimile No.:(714)479-0181

6  Attorneys for Defendants,
   COUNTY OF ORANGE and SANDRA HUTCHENS

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 DON MEHR, DON'S BAIL BONDS,    ) Case No. SACV 09-1158 AG(ANx)
   BOB DRAKE, BOB DRAKE BAIL      )
12 BONDS, ROBERT MILLER, AND      )
   ORANGE COUNTY BAIL BONDS       ) **ORDER FOR PROTECTIVE ORDER**
13                                )
             Plaintiffs,          )
14                                )
        vs.                       )
15                                )
   THE COUNTY OF ORANGE a         )
16 Governmental Entity AND        ) *[Stipulation filed Concurrently*
   SANDRA HUTCHENS, an            ) *Herewith]*
17 individual AND DOES 1-10       )
   INCLUSIVE.                     )
18                                ) **MATTER FOR DETERMINATION BY THE**
             Defendants.          ) **HONORABLE JUDGE ARTHUR NAKAZATO**
19                                )
   _____)
20

21

22

23

24

25

26

27

28

1

**ORDER**

2      Pursuant to the agreement of the parties, and good cause

3   appearing therefor, IT IS HEREBY ORDERED that the jail videotape,

4   incident reports, and related documents produced by Defendants,

5   and any attachments, appendices, addenda, exhibits or notations

6   made thereto, are subject to the terms set forth fully in the

7   Stipulation for Protective Order filed concurrently herewith.

8

9   **IT IS SO ORDERED.**

10

11   Dated: October 19, 2010          _/S/_   ARHUR NAKAZATO
                                      HONORABLE ARTHUR NAKAZATO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28