David D. Lawrence, Esq. [State Bar No. 123039]
E-Mail: dlawrence@lbaclaw.com
Christina M. Sprenger, Esq. [State Bar No. 205105]
E-Mail: csprenger@lbaclaw.com
Lyle R. Riggs, Esq. [State Bar No. 266132]
E-Mail: lriggs@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
1600 North Broadway, Suite 1010
Santa Ana, California 92706
Telephone No.:(714)479-0180
Facsimile No.:  (714)479-0181

Attorneys for Defendants,
COUNTY OF ORANGE and SANDRA HUTCHENS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MEHR, DON'S BAIL BONDS, BOB DRAKE, BOB DRAKE BAIL BONDS, ROBERT MILLER, AND ORANGE COUNTY BAIL BONDS<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF ORANGE a Governmental Entity AND SANDRA HUTCHENS, an individual AND DOES 1-10 INCLUSIVE.<br><br>Defendants. | Case No. SACV 09-1158 AG(ANx)<br><br>**JUDGMENT**<br><br><br><br>**MATTER FOR DETERMINATION BY THE HONORABLE JUDGE ANDREW J. GUILFORD** |

Defendants COUNTY OF ORANGE and SANDRA HUTCHENS' Motion for Summary Judgment was granted in its entirety by Order of this Court on January 5, 2011 (Document 66).

/ / /

/ / /

/ / /

/ / /

1
[PROPOSED] JUDGMENT

1  Therefore, IT IS HEREBY ADJUDGED AND DECREED that Judgment is
2  entered in favor of Defendants COUNTY OF ORANGE and SANDRA
3  HUTCHENS, and that Defendants are entitled to costs of suit incurred, according to
4  proof.

6  DATED:  February 15, 2011       _____
                                    Honorable Andrew J. Guilford
                                    United States District Judge

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA; COUNTY OF ORANGE |

# PROOF OF SERVICE

STATE OF CALIFORNIA; COUNTY OF ORANGE

I, Donna Adams, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1600 North Broadway, Ste. 1010, Santa Ana, CA 90706.

On January 14, 2011, I electronically filed the foregoing **[PROPOSED] JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

rherman@richardhermanlaw.com

___ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business.

___ BY FEDERAL EXPRESS
I caused such envelope to be delivered via Federal Express to the offices of the address(es) listed above.

___ BY PERSONAL SERVICE
 ___ I hand delivered such envelope by hand to the addressee(s) listed above.

_X_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 14, 2011, at Santa Ana, California.

_____
Declarant

3
[PROPOSED] JUDGMENT